IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CR 117-039 |
| | * | |
| JASON WAYNE MORRIS, | * | |
| | * | |
| Defendant. | * | |

O R D E R

On October 31, 2017, United States of America, by and through R. Brian Tanner, United States Attorney for the Southern District of Georgia, filed an ex parte Motion for in Camera Inspection of Documents relating to investigator Jared Land ("Land"). (Doc. No. 42.) The government moves for the Court to determine whether these documents are discoverable.

Having considered the matter, the Court finds disclosure to Defendant Jason Wayne Morris **IS REQUIRED** under Brady v. Maryland, 373 U.S. 83 (1963) and Giglio v. United States, 405 U.S. 150 (1972). Accordingly, the Clerk is directed to **UNSEAL** the government's motion (doc. no. 42) and exhibits attached thereto. The voluminous exhibits, which were printed for the

Court, are herewith returned to Assistant United States Attorney Lyons for use in her discretion.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE